# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1252

_____

United States of America,

*Plaintiff - Appellee,*

v.

Adam Lee Facundo,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 27, 2020
Filed: October 30, 2020
[Unpublished]

_____

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Adam Facundo appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved for leave to withdraw, and

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (substantive reasonableness is reviewed for abuse of discretion); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014).

We also have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____